ORIGINAL

FILED
06 SEP -1 AM 10:38
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PMC  DEPUTY

1  MICHAEL D. RYAN (BAR NO. 52142)
   MONICA M. QUINN (BAR NO. 198332)
2  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
   515 South Figueroa Street, Seventh Floor
3  Los Angeles, California 90071-3398
   Phone: (213) 622-5555
4  Fax: (213) 620-8816
   Email:      mryan@allenmatkins.com
5  Email:      mquinn@allenmatkins.com

6  KATHLEEN A. VANDERZIEL (BAR NO. 161804)
   DOLE FOOD COMPANY, INC.
7  One Dole Drive
   Westlake Village, CA 91362
8  Phone: (818) 879-6600
   Fax: (818) 879-6615
9  Email:      kathleen_vanderziel@na.dole.com

10 Attorneys for Defendant
   BUD ANTLE, INC. dba BUD OF CALIFORNIA
11 (erroneously sued as Bud of California (Dole))

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14                                                    /"BY FAX"

15 FRANCISCO LOPEZ, JAIME L.          Case No. 05 CV 2006 BTM (BLM)
   QUINTERO,
16                                    STIPULATION AND ORDER TO
              Plaintiffs,             CONTINUE PRE-TRIAL DEADLINES
17                                    UNTIL AFTER RULING ON MOTION
       vs.                            FOR SUMMARY JUDGMENT
18
   BUD OF CALIFORNIA (DOLE),
19 TEAMSTERS, DOES 1 to 20,           Complaint Filed:  October 22, 2004
                                      Trial Date:      Not Yet Assigned
20            Defendants.

21

22
        This Stipulation is made and entered into by and among the parties, through
23
   their respective counsel of record, with reference to the following:
24
        A.    Currently, the following deadlines are in effect:
25
        1.    Last day to file/serve Pre-Trial Disclosures pursuant to Fed. R.
26
              Civ. Proc. 26(a)(3) is August 29, 2006.
27

28

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

729368.01/LA                              1                              05cv2006

2. Last day to file/serve Memoranda of Contentions of Fact & Law pursuant to Local Rule 16.1(f)(2) is August 29, 2006.

3. Last day to meet and confer regarding the contents of the Pre-Trial Conference Order is September 5, 2006.

4. Last day to submit Proposed Final Pre-Trial Conference Order, including written objections, if any, to Fed. R. Civ. Proc. 26(a)(3) disclosures is September 12, 2006.

5. The Final Pre-Trial/Status Conference is September 19, 2006.

B. A hearing on Defendants' Motion for Summary Judgment is currently set for September 8, 2006 and there is no oral argument, unless requested by the Court. The parties believe it would be in the Court's and all parties' best interests for the Court to rule on the Motions for Summary Judgment prior to the pre-trial deadlines. Such a ruling could obviate the need for further documents, limit such need, or have no effect, depending on the ruling. Accordingly, all parties join in this request.

C. No prior continuances regarding the aforementioned deadlines has been previously requested.

SO STIPULATED.

Dated: August ___, 2006

LAW OFFICES OF FRANCISCO J. ALDANA

By: _____
FRANCISCO J. ALDANA
Attorneys for Plaintiffs
FRANCISCO LOPEZ and JAIME L. QUINTERO,

1 | Dated: August 22, 2006

BEESON, TAYER & BODINE

By: _____
MICHAEL D. NELSON
Attorneys for Defendant
GENERAL TEAMSTERS,
WAREHOUSEMAN AND HELPERS
UNION LOCAL 890

7 | Dated: August 23, 2006

MICHAEL D. RYAN
MONICA M. QUINN
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____
MONICA M. QUINN
Attorneys for Defendant
BUD ANTLE, INC. dba BUD OF
CALIFORNIA

## ORDER

IT IS SO ORDERED.

The deadlines on the following are continued.

1. Last day to file/serve Pre-Trial Disclosures is continued from August 29, 2006 to _October 18_, 2006.

2. Last day to file/serve Memoranda of Contentions of Fact & Law is continued from August 29, 2006 to _October 18_, 2006.

3. Last day to meet and confer regarding the contents of the Pre-Trial Conference Order is continued from September 5, 2006 to _October 25_, 2006.

4. Last day to submit Proposed Final Pre-Trial Conference Order, including written objections, if any, is continued from September 12, 2006 to _November 1_, 2006.

5.  Final Pre-Trial/Status Conference is continued from September 19, 2006 to _November 8_, 2006.

Dated: 8/31/06

_____
Judge Barry T. Moskowitz

# PROOF OF SERVICE
*Lopez, et al. v. Bud of California, et al.*

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 515 South Figueroa Street, 7th Floor, Los Angeles, California 90071-3398.

On **August 23, 2006**, I served the foregoing document described as **STIPULATION AND ORDER TO CONTINUE PRE-TRIAL DEADLINES UNTIL AFTER RULING ON MOTION FOR SUMMARY JUDGMENT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Francisco J. Aldana, Esq. | Michael D. Nelson, Esq. |
| Law Offices of Francisco J. Aldana | Beeson, Tayer & Bodine |
| 401 West "A" Street, Suite 2200 | 1404 Franklin Street, 5th Floor |
| San Diego, CA 92101 | Oakland, CA 94612 |
| Fax: (619) 239-5888 & (888) 318-9909 | Fax: (510)625-8275 |
| *Attorney for Plaintiffs* | *Attorney for Defendant General Teamsters, Warehouseman and Helpers Union Local 890* |

__X__ **BY MAIL**: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ **BY FEDERAL EXPRESS or OTHER OVERNIGHT DELIVERY SERVICE**: for delivery on the next business day.

Executed on **August 23, 2006**, at Los Angeles, California.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Ana Reisner